# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | CHAPTER 11 |
| | ) | |
| MARINER POST-ACUTE NETWORK, INC., | ) | Case No. 00-113 (MFW) |
| a Delaware corporation, and affiliates, | ) | |
| | ) | (Jointly Administered |
| | ) | Case Nos. 00-113 (MFW) |
| Reorganized Debtors. | ) | throughout 00-214 (MFW) |
| | ) | inclusive) |

| | | |
|---|---|---|
| In re | ) | CHAPTER 11 |
| | ) | |
| MARINER HEALTH GROUP, INC., | ) | Case No. 00-215 (MFW) |
| a Delaware corporation, and affiliates, | ) | |
| | ) | (Jointly Administered |
| | ) | Case Nos. 00-215 (MFW) |
| Reorganized Debtors. | ) | throughout 00-301 (MFW) |
| | ) | inclusive) |

## NOTICE OF UPCOMING COMPLETION OF STAGE II MEDIATION OF ALTERNATIVE DISPUTE RESOLUTION PROCEDURES

PLEASE TAKE NOTICE that, on September 10, 2002, the above-captioned reorganized debtors anticipate completion of Stage II of the Court approved Alternative Dispute Resolution procedures. If the Court has approved a stipulation for relief from stay and/or injunction with respect to your personal injury or employment law claim, which stated in paragraph 1 thereto that the stipulation would be effective on the date of the last ADR mediation, the stipulation shall be effective as of September 10, 2002.

PLEASE TAKE FURTHER NOTICE that, if the mediation of your case was unsuccessful and you have not yet obtained a stipulation for relief from stay, you should send a

RLF1-2498482-1

stipulation in the form attached to the ADR Term Sheet to the undersigned counsel for filing with the Court. Pursuant to the ADR Term Sheet and ADR Order, the automatic stay and/or injunction does <u>not</u> terminate automatically and will only terminate upon an order of the Bankruptcy Court, including the order contained as part of the stipulation.

Dated: August 27, 2002
      Wilmington, Delaware

*Rebecca L. Booth*

Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Rebecca L. Booth (No. 4031)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

- and -

Isaac M. Pachulski
Jeffrey H. Davidson
STUTMAN, TREISTER & GLATT
3699 Wilshire Boulevard, 9th Floor
Los Angeles, California 90010
Telephone: (213) 251-5100

ATTORNEYS FOR REORGANIZED DEBTORS